AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:22-cr-00023-BJD-PDB-1 |
| AARON ZAHN | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Aaron Zahn   .

Date:   03/07/2022

/s/ A. Brian Albritton
*Attorney's signature*

A. Brian Albirtton  |  FBN 0777773
*Printed name and bar number*
PHELPS DUNBAR LLP
100 South Ashley Drive, Suite 2000
Tampa, Florida 33602-5315

*Address*

brian.albritton@phelps.com
*E-mail address*

(813) 472-7550
*Telephone number*

(813) 472-7570
*FAX number*