## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.                                           Case No.: 3:22-cr-00023-BJD-PDB

**AARON ZAHN,**
    **Defendant.**
_____/

## NOTICE OF APPEARANCE

Attorney Eddie Suarez of The Suarez Law Firm, P.A. gives notice of appearance in this action as counsel for Defendant, Aaron Zahn. Copies of all pleadings, notices, correspondence, and discovery are requested to be served on the undersigned.

Dated this 7th day of March, 2022.

                                                          Respectfully submitted,

                                                          */s/ Eddie Suarez*
                                                          _____
                                                          Eddie Suarez
                                                          Florida Bar No. 752540
                                                          **THE SUAREZ LAW FIRM**
                                                          1011 West Cleveland Street
                                                          Tampa, FL  33606
                                                          esuarez@suarezlawfirm.com
                                                          Telephone: (813) 229-0040
                                                          Facsimile: (813) 229-0041
                                                          *Attorney for Defendant Aaron Zahn*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished by electronic filing using the CM/ECF system this 7th day of March, 2022.

*s/ Eddie Suarez*
Eddie Suarez