AO 442 (Rev. 2/16/22) Arrest

# UNITED STATES DISTRICT COURT

RECEIVED U.S. MARSHALS
M FL JACKSONVILLE

2022 MAR -2 PM 2: 13

for the

## Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:22-cr-23-MMH-LLL |
| | ) | |
| | ) | |
| | ) | |
| AARON ZAHN | ) | |
| *Defendant* | ) | |

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA
2022 MAR -9 AM 10: 54
FILED

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested),*     AARON ZAHN

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   Conspiracy to commit theft of municipal government funds and wire fraud, and wire fraud, in violation of 18 U.S.C. 371 and 1343.

Date:  3/2/2022

_____
*Issuing officer's signature*

City and state:  Jacksonville, FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)*  3/8/2022 , and the person was arrested on *(date)*  3/8/2022

at *(city and state)*  Jacksonville, FL .

Date:  3/8/2022

_____
*Arresting officer's signature*

Robert W. Blythe, Special Agent
*Printed name and title*