# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

Bryan Simpson United States Courthouse
300 North Hogan Street Suite 9-150
Jacksonville, Florida 32202
(904) 549-1900
www.flmd.uscourts.gov

| | |
|---|---|
| Elizabeth M. Warren<br>Clerk of Court | Jim Leanhart<br>Jacksonville Division Manager |

**UNITED STATES OF AMERICA**

**VS.**                                     CASE NO: 3:22-cr-23-BJD-MCR

**AARON ZAHN**

## NOTICE OF SURRENDERED U.S. PASSPORT

To:   U.S. Department of State
      CA/PPT/L/LA
      44132 Mercure Circle
      PO Box 1227
      Sterling, VA 20166-1227

   **PURSUANT** to the Court's order entered on March 8, 2022 in the above styled case, the Defendant's passport, **Number** ████4446 was surrendered to the custody of the Clerk of Court on March 25, 2022. The defendant is not permitted to apply for the issuance of another passport during the pendency of this action.

| | |
|---|---|
| Defendant's date of birth: | ████ |
| Defendant's place of birth: | Minnesota, USA |
| Passport received from: | Eduardo A. Suarez |
| Passport issued to: | Aaron Fredrick Zahn |
| Date of issuance: | June 8, 2018 |

ELIZABETH M. WARREN, CLERK

By *Barbara Rothermel*
Barbara Rothermel, Deputy Clerk

March 25, 2022

Original to Case File
c:   Counsel and Unrepresented Defendant
     Pretrial Services (if before Judgment)
     Probation Office (if after Judgment)
     Appropriate Agency Listed Above
     Passport Coordinator