UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 3:22-cr-23-BJD-MCR

AARON ZAHN
RYAN WANNEMACHER
_____/

## ORDER

**THIS CAUSE** is before the Court on the parties' Joint Motion to Continue Trial (Doc. 266; Motion). On May 22, 2023, the Court held a status conference to understand the status of the case. (See Doc. 257). During the hearing, the parties indicated their joint desire to ask the Court for one final continuance. The Court directed the parties to file a motion memorializing their request.

Pending for consideration by the Court are a motion to dismiss the indictment (Doc. 93), a motion to sever (Doc. 102), and a motion to transfer this case (Doc. 118). Also pending is a final determination following the hearings held under <u>Kastigar v. United States</u>, 406 U.S. 441 (1972). (See Docs. 114, 115, 264). As directed by the Magistrate Judge, the issues raised during the <u>Kastigar</u> hearings will not be fully briefed until July 14, 2023. (See Doc. 264 at 2). After the briefing, the Magistrate Judge will write a Report and Recommendation, which, at best, may be ripe in September.

After the Court disposes of the issues raised in the <u>Kastigar</u> hearings, the Court may then have to consider the other pending motions. The parties would then need to prepare for trial with the benefit with the Court's rulings.

Defense counsel explains they will need additional time to review evidence given documents produced both by the Government and by third parties. Motion at 2. Given the complexities and timing of the pending issues in this litigation, the Court will grant one final continuance in this matter.

Accordingly, after due consideration, it is

**ORDERED:**

1. The Joint Motion to Continue Trial (Doc. 266) is **GRANTED.**

2. This case is continued to the February 2024 trial term, commencing on February 5, 2024. In light of defense counsels' need for additional time to adequately prepare for trial, the Court finds that "the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Court, therefore, determines that the time from today until the end of the February 2024 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

3. This case is stricken from the October 2023 trial calendar. Another status conference is scheduled for November 20, 2023 at 4:00 p.m.

before the undersigned in Courtroom 12C, Twelfth Floor, United States Courthouse, 300 North Hogan street, Jacksonville, Florida.

**DONE** and **ORDERED** in Jacksonville, Florida this １ˢᵗ day of June 2023.

　　　　　　　　　　　　　　　　　BRIAN J. DAVIS
　　　　　　　　　　　　　　　　　United States District Judge

8

Copies furnished to:

Counsel of Record
Unrepresented Parties