UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,   Case No. 3:22-cr-23-BJD-MCR

    Plaintiff,  ☐
    Government  ☒     ☒ Evidentiary
        ☐ Trial
        ☐ Other

v.

AARON ZAHN
RYAN WANNEMACHER

    Defendants  ☐

# GOVERNMENT'S EXHIBIT LIST

| Exhibit Number | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|
| 1 | | FBI SA Robert Blythe<br>Paul McElroy<br>Alan Howard | Video Clip from JEA Board Meeting on 11/28/17 outgoing Board Chair Tom Petway's comments and Board Chair Alan Howard's response (clip from 1:17:12 – 1:23:00) |
| 2 | | FBI SA Robert Blythe<br>Paul McElroy | Paul McElroy letter dated 2/9/18 to City Council President Anna Lopez Brosche (DISC-243088) |
| 3 | | FBI SA Robert Blythe<br>Jason Gabriel | Memorandum from Jason Gabriel to Mayor Lenny Curry (copying Sam Mousa, Brian Hughes, and Mike Weinstein) dated 2/13/18 regarding the Process for the evaluation of a potential JEA privatization (DISC-243094 – 243099) |
| 4 | | FBI SA Robert Blythe<br>Paul McElroy | Public Financial Management (PFM) Report dated 2/14/18 (DISC-244857 – 244884) |
| 5 | | FBI SA Robert Blythe | Resolution 2018-67-A dated 2/28/18 wherein Mayor Lenny Curry appointed Aaron Zahn to the JEA Board (DISC-243103 – 243104) |
| 6A | | Paul McElroy | JEA Privatization Discussion Materials for Board of Director Workshop on 3/20/18 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|
|  |  |  | (DISC-247249 – 247312) |
| 6B |  | Paul McElroy | Full Video of 3/20/18 Privatization Workshop with City Council |
| 7 |  | Kyle Billy (Council Auditor) | Council Auditor's Office Special Report #807 dated 3/22/18 titled The Potential Sale of JEA: Things to Consider." (DISC-243108 – 243118) |
| 8 |  | FBI SA Robert Blythe | Video from JEA Board Meeting on 4/6/18 during which Paul McElroy announced his resignation as JEA CEO (clip from 3:04 – 8:53) |
| 9 |  | FBI SA Robert Blythe | Aaron Zahn presentation to the Jacksonville Civic Council on 4/27/18 regarding the Future of Jacksonville and JEA's Path Forward (DISC-006870 – 006884) |
| 10 |  | FBI SA Robert Blythe Melissa Dykes | Future of JEA Workshop Minutes for the 5/31/18 Senior Leadership Team (SLT) meeting at White oak Conservation (DISC-243121 – 243131) |
| 11 |  | FBI SA Robert Blythe Melissa Dykes | Email from Aaron Zahn to multiple recipients dated 6/28/18 attaching Future of JEA SLT Workshop dated 6/26/18 with Agenda (DISC-243132 – 243141) |
| 12 |  | FBI SA Robert Blythe Melissa Dykes | Email dated 7/19/18 and 7/12/18 from Elaine Selders at JEA attaching a Request For Information to various vendors including McKinsey & Company for Strategic Planning and Implementation Consulting Services and Addendum (DISC-243144 – 243154) |
| 13 |  | FBI SA Robert Blythe | Special Committee on the Future of JEA Final Report dated 7/25/18 (DISC-243155 – 243186) |
| 14 |  | FBI SA Robert Blythe | Email string dated 9/4/18 involving Aaron Zahn, Ryan Wannemacher, and Juli Crawford regarding Status Quo JEA Case Execution Plan (DISC-243192 – 243193) |
| 15 |  | FBI SA Robert Blythe | Email from Julie Crawford dated 9/14/18 to Ryan Wannemacher attaching a draft PowerPoint of the JEA Status Quo (DISC-243194 – 243203) |
| 16 |  | FBI SA Robert Blythe | Contract between JEA and McKinsey & |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|
| | | | Company dated 9/28/18 (DISC-243204 – 243254) |
| 17 | | FBI SA Robert Blythe | Email from Ryan Wannemacher to Jason Gredell dated 11/16/18 regarding JEA Financial Strength December Board Revised for presentation slides (DISC-243262 – 243277) |
| 18 | | FBI SA Robert Blythe | Email from Pat Maillis dated 11/26/18 to employees at Willis Towers Watson regarding Short Term and Long Term Incentive Plans (DISC-243278) |
| 19 | | FBI SA Robert Blythe | Ordinance 2018-142-E Relating to the City Council's Power to Sell JEA enacted 11/27/18 (DISC-304089 – 304092) |
| 20(a)(1) | | FBI SA Robert Blythe<br>FBI Analyst Tim McCrohan<br>Jeff Rodda<br>Melissa Dykes<br>Jason Gabriel | Spreadsheet titled "Performance Unit Scratch Sheet" dated 3/18/19 (DISC-294002) |
| 20(a)(2) | | FBI SA Robert Blythe | Email from Robert Blythe dated 7/8/2021 at 12:11 pm titled "Performance Unity Scratch Sheet" referencing the Performance Unit Scratch Sheet dated 3/18/19 (DISC-315854) |
| 20(a)(3) | | FBI SA Robert Blythe | Email from Robert Blythe dated 7/8/2021 at 1:21 pm titled "Performance Unity Scratch Sheet" with the file path for he location of the Performance Unity Scratch Sheet on the JEA server (DISC-315853) |
| 20(a)(4) | | FBI SA Robert Blythe | Email from Robert Blythe dated 7/8/2021 at 1:33 pm titled "Performance Unit Scratch Sheet 002" containing a file path on the JEA server for the document and stating "This was edited by Ryan on 3/18/2019" (DISC-315855) |
| 20(a)(5) | | FBI SA Robert Blythe<br>FBI Analyst Tim McCrohan | Updated Report of Tim McCrohan dated 5/3/23 assessing MetaData for files titled "Performance Unit Scratch Sheet," "Notes.xlsx," and other files |
| 20(b)(1) | | FBI SA Robert Blythe<br>Alan Howard | JEA Total Market Compensation Strategy for Compensation Committee Meeting on |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|
| | | | 6/18/19 (DISC-293777 – 293789) |
| 20(b)(2) | | FBI SA Robert Blythe<br>Alan Howard | Compensation Program Appendix Prepared by JEA for 6/18/19 Compensation Committee Meeting (DISC-293790 – 293817) |
| 20(f)(1) | | FBI SA Robert Blythe<br>Melissa Dykes<br>Alan Howard<br>Kelly Flanagan<br>Andy Allen | JEA Board Meeting Agenda for June 25, 2019 Board Meeting, Public Notices, JEA Board Meeting Minutes for May 28, 2019 Board Meeting, and Board Meeting Materials for the June 25, 2019 Board Meeting (DISC-307244 – 307601) |
| 20(f)(2) | | FBI SA Robert Blythe<br>Melissa Dykes<br>Alan Howard<br>Kelly Flanagan<br>Andy Allen | Strategic Planning Overview – Baseline/Scenario 1: Status Quo<br><br>Scenario 2: Traditional Response<br><br>Presentation made during June 25, 2019 JEA Board Meeting (DISC-245744 – 245791) |
| 20(f)(3) | | FBI SA Robert Blythe<br>Joe Orfano<br>Melissa Dykes | Video of entire June 25, 2019 JEA Board Meeting (Begins DISC-307243) |
| 20(h)(1) | | FBI SA Robert Blythe<br>Jeff Rodda | Email from Ryan Wannemacher to Elizabeth Columbo dated 7/1/19 regarding JEA Employee Retention Bond (DISC-293818 – 293820) |
| 20(h)(2) | | FBI SA Robert Blythe | Email from Robert Blythe dated 7/8/2021 at 12:43 pm titled "Benefit Bond Doc – Early version of PUP" with the file path and metadata for the "JEA Benefit Bond Properties." (DISC-315797 – 315799) |
| 20(i)(1) | | FBI SA Robert Blythe | Spreadsheet titled "FY2020 LTI Estimate" including an allocation of LTI PUP units by job level (DISC- 309687) |
| 20(j) | | FBI SA Robert Blythe | PUP Memorandum and Terms Sheet titled "The award under the 2019 pool will be 300,000 units." |
| 20(k) | | FBI SA Robert Blythe | Email to Madricka Jones and copying JEA Board Members dated 7/17/19 regarding the receipt of their Board packages for the July 23, 2019 JEA Board Meeting would be in hard copy format |
| 20(l)(1) | | FBI SA Robert Blythe | Spreadsheet titled "Notes.xlsx" dated 7/18/19 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|
|  |  | FBI Analyst Timothy McCrohan<br>Melissa Dykes<br>Jeff Rodda | showing growth in PUP value from $11,500 to $345,000,000 based on 30,000 units (DISC-294004) |
| 20(l)(3) |  | FBI SA Robert Blythe<br>Jeff Rodda | Email string originating on 6/16/21 from Jeff Rodda to Kevin Blodgett (copying Kim Taylor, Philip Peterson, and Tysen Duva) titled "FW: Performance Unit Scratch Sheet File that Contemplates a Sale." (DISC-315913 – 315915) |
| 20(l)(4) |  | FBI SA Robert Blythe<br>Jeff Rodda | Email dated 6/28/21 from Jeff Rodda to Tysen Duva (copying Kim Taylor and Phillip Peterson) with attachments titled Performance Unit Scratch Sheet, 2018 JEA Annual Report – Statement of Net Position, and 2017-504-E Schedule C.pdf |
| 20(m) |  | FBI SA Robert Blythe<br>Melissa Dykes<br>Kerri Stewart | Email string involving Aaron Zahn, Melissa Dykes, La'Trece Bartley, Madricka Jones, Lynne Rhode, and Kerri Stewart regarding posting a portion of the July 23, 2019 Board Package (126 pages of the 352 pages) on the JEA website (DISC-307897 – 308026) |
| 20(n) |  | FBI SA Robert Blythe | Email from Robert Blythe dated 7/8/2021 at 12:37 pm titled "7-23-19 PUP presentation" attaching the JEA Performance Unit Presentation 7.23.19.pptx with file path where located on JEA server and Metadata for the file (DISC-315781 – 315783) |
| 20(p)(1) |  | FBI SA Robert Blythe | JEA Board Meeting Agenda for July 23, 2019 Board Meeting, JEA Board Meeting Minutes for June 25, 2019 Board Meeting, and Board Meeting Materials for the July 23, 2019 Board Meeting (DISC-308033 - 308384) |
| 20(p)(2) |  | FBI SA Robert Blythe | The Traditional Path: Sensitivities and Execution Plan – Presentation made during the July 23, 2019 JEA Board Meeting (DISC-245792 – 245862) |
| 20(p)(3) |  | FBI SA Robert Blythe | Scenario 3: Non-Traditional Response – The key to Removing all Constraints – Presentation made during the July 23, 2019 JEA Board Meeting (DISC-245863 – 245895) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|
| 20(p)(4) | | FBI SA Robert Blythe | Pages 332 – 352 of the JEA Board Meeting Materials for the July 23, 2019 Board Meeting (DISC-308364 - 308384) |
| 20(p)(5) | | FBI SA Robert Blythe | Resolution 2019-10 – Resolution Approving Long-Term Performance Unit Plan and Related Documentation and Authorizing the CEO to Take any and all Action to Pursue the Implementation of Such Plan and Related Documentation (DISC-294005 – 294013) |
| 20(q) | | FBI SA Robert Blythe<br>Alan Howard<br>Kelly Flanagan<br>Andy Allen | Video of entire July 23, 2019 JEA Board Meeting (Begins DISC-308737) |
| 20(r) | | FBI SA Robert Blythe | Video Clip of 7/23/19 JEA Board Meeting addressing the approval of Resolution 2019-06, which authorized the termination of 574 JEA employees pursuant to Scenario Two if the JEA Board did not authorize the ITN via Resolution 2019-09 (Clip 1:35:40 – 1:40:35) |
| 20(s) | | FBI SA Robert Blythe<br>Alan Howard<br>Kelly Flanagan<br>Andy Allen | Video Clip of 7/23/19 JEA Board Meeting during which Ryan Wannemacher presented the LTI PUP (Clip 2:44:00 – 2:47:19) |
| 20(t) | | FBI SA Robert Blythe | Video Clip of 7/23/19 JEA Board Meeting during which Resolution 2019-10 passed requiring no further JEA Board oversight (Clips 2:47:19 – 2:51:10, and 2:51:25 – 2:56:55) |
| 20(w) | | FBI SA Robert Blythe<br>Jeff Rodda | Email from Madricka Jones to JEA Communications employees on 7/23/19 at 2:15 pm with instructions to post the that full JEA Board Package on the JEA website |
| 20(x) | | FBI SA Robert Blythe<br>Jeff Rodda<br>Kim Taylor | Email involving Jeff Rodda and Ryan Wannemacher and others regarding Performance Unit Plan (PUP) related questions and drafts of Plan documents spanning 8/9/19 – 8/14/19 (DISC-312940 – 312942) |
| 20(y)(1) | | FBI SA Robert Blythe<br>Jeff Rodda<br>Kim Taylor | Email from Heather Reber and Council Auditor's Office to Ryan Wannemacher dated 10/31/19 regarding meeting that day and |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|
| | | | follow-up PUP questions, and email forward by Herschel Vinyard to Lynne Rhode on 11/5/19 (DISC-313041 - 313043) |
| 20(y)(2) | | FBI SA Robert Blythe<br>Kim Taylor | Email from Kim Taylor to Ryan Wannemacher and others dated 11/6/19 regarding follow-up to 10/31/19 meeting and email (DISC-313044) |
| 20(y)(3) | | FBI SA Robert Blythe<br>Kim Taylor | Email from Kim Taylor (copying Council Auditors) to Ryan Wannemacher dated 11/7/19 with a PUP calculation attachment (DISC-313045 - 313046) |
| 20(aa)(1) | | Jason Gabriel | Email from Aaron Zahn to Jason Gabriel on 11/12/19 at 5:13 pm attaching letter regarding JEA Long Term performance Unit Plan (DISC-247035 – 247037) |
| 20(aa)(2) | | Jason Gabriel | Aaron Zahn markup of Jason Gabriel letter dated 11/12/19 to Aaron Zahn regarding the Performance unit Plan (PUP) (DISC-246962 – 246963) |
| 20(aa)(3) | | Jason Gabriel | Jason Gabriel (OGC) letter dated 11/12/19 to Aaron Zahn regarding the PUP (DISC-246964 – 246965) |
| 20(aa)(4) | | Jason Gabriel | Text Message exchange between Aaron Zahn and Jason Gabriel on 11/12/19 beginning at 6:20 pm (DISC-246968 – 246969) |
| 20(aa)(5) | | Jason Gabriel | Jason Gabriel memo to the OGC file dated 11/12/19 regarding the PUP (DISC-246966 – 246967) |
| 20(bb) | | FBI SA Robert Blythe<br>Jeff Rodda<br>Kim Taylor | Email from Ryan Wannemacher to Council Auditors dated 11/13/19 (11:41 am) regarding the PUP and attaching Aaron Zahn's letter to General Counsel Jason Gabriel dated 11/12/19 (DISC-313051 - 313053) |
| 20(cc)(1) | | FBI SA Robert Blythe<br>Jeff Rodda<br>Kim Taylor | Email from Ryan Wannemacher to Kim Taylor, Council Auditors, and Herschel Vinyard on 11/13/19 (5:18 pm) regarding the PUP sample calculation and attachment (DISC-313055 – 313057) |
| 20(cc)(2) | | FBI SA Robert Blythe<br>Jeff Rodda | Email from Heather Reber (copy Council Auditors) to Ryan Wannemacher on |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|
| | | Kim Taylor | 11/14/19 (11:45 am) PUP calculations based on Current Year Value and net proceeds to the COJ upon a sale of JEA with attachment (DISC-313058 - 313060) |
| 20(dd) | | FBI SA Robert Blythe<br>Jeff Rodda<br>Kim Taylor | Email from Ryan Wannemacher to Heather Reber and Kim Taylor (copying Council Auditors and others) on 11/14/19 (1:48 pm) regarding the PUP calculations being part of a Draft Plan and attaching Aaron Zahn's 11/12/19 letter to General Counsel Jason Gabriel (DISC-313061 – 313065) |
| 20(ee) | | FBI SA Robert Blythe | Email dated 11/15/19 to all JEA employees regarding postponement of the LTI PUP (DISC-313066 - 313067) |
| 20(ff) | | FBI SA Robert Blythe<br>Kyle Billy<br>Jeff Rodda<br>Kim Taylor | Email attaching Council Auditor Memorandum dated 11/18/19 to All City Council Members regarding the JEA Performance Unit Plan (DISC-313089 - 313098) |
| 21A | | FBI SA Robert Blythe | Email involving Angie Hiers and Ryan Wannemacher and Melissa Dykes dated 11/28/18 attaching bullet points for a Fiscal Year 2019 Pay for Performance Plan, including Short Term Incentives (STI) and Long Term Incentives (LTI) (DISC-304093 – 304096) |
| 21B | | FBI SA Robert Blythe | Email communications involving Ryan Wannemacher, Angie Hiers, Pat Maillis, and Madricka Jones spanning 12/20/18 – 12/27/18 regarding the latest version of the Pay For Performance Plan (STI and LTI) (DISC-304221 – 304224) |
| 21C | | FBI SA Robert Blythe | Email involving Ryan Wannemacher, Angie Hiers, Pat Maillis, Aaron Zahn, Melissa Dykes, and Scott Strackbine spanning 1/7/19 – 1/11/19 attaching spreadsheet regarding calculations of pay and bonuses to reflect market 50th percentile (DISC-245195 – 245196) |
| 21D | | FBI SA Robert Blythe | Email involving David Wathen, Angie Hiers, and Pat Maillis spanning 2/12/19 – 2/13/19 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|
| | | | regarding development of Long Term Incentive (LTI) design options (DISC-246685 - 246686) |
| 21E | | FBI SA Robert Blythe | Willlis Towers Watson Long-Term Incentive Plan Market Practices & Proposed Design Prepared for JEA dated 3/19/19 (DISC-246687 - 246712) |
| 21F | | FBI SA Robert Blythe | Email involving David Wathen, Pat Maillis, and others spanning 3/20/19 – 3/25/19 regarding the development of a specific LTI plan (DISC-305098 - 305102) |
| 21G | | FBI SA Robert Blythe | Email involving Ryan Wannemacher, David Wathen, Angie Hiers, and Pat Maillis on 3/27/19 involving strawman LTI Plan based on book value over 3-year period to attain 50th percentile with spreadsheet attachment (DISC-306748 - 306749) |
| 21H | | FBI SA Robert Blythe | Email involving Aaron Zahn, Ryan Wannemacher, and Herschel Vinyard on 4/10/19 regarding a structure for the LTI with attached spreadsheets (DISC-306752 – 306753) |
| 21I | | FBI SA Robert Blythe | Email forward on 4/10/19 to Lynne Rhode and Stephen Amdur regarding Ryan Wannemacher email to Aaron Zahn regarding calculation of a LTI Plan over 3-year period (DISC-306754 & 306753) |
| 21J | | FBI SA Robert Blythe | Email from David Wathen to Angie Hiers, Pat Maillis, and others dated 4/22/19 attaching an updated PowerPoint presentation for the JEA Board Compensation Committee (DISC-246728 – 246769) |
| 21K | | FBI SA Robert Blythe | Email involving Pat Maillis, Aaron Zahn, Ryan Wannemacher, Melissa Dykes spanning 4/22/19 – 4/24/19 regarding presentation to the JEA Compensation Committee (DISC-245293 – 245294) |
| 21L | | FBI SA Robert Blythe | Email from Aaron Zahn to Jon Kendrick, (copying Ryan Wannemacher and La'trece Bartley) on 5/6/19 attaching a draft presentation to the JEA Board Compensation |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|
|  |  |  | Committee (DISC-245295 – 245339) |
| 21M |  | FBI SA Robert Blythe | Email from Pat Maillis to Aaron Zahn, Ryan Wannemacher, Herschel Vinyard (copying Jon Kendrick) dated 5/9/19 attaching the compensation study and recommendations from Willis Towers Watson (DISC-245340 – 245381) |
| 21N |  | FBI SA Robert Blythe Melissa Dykes | Letter dated 1/8/20 from David Wathen to Melissa Dykes (DISC-246683 – 246684) |
| 22A |  | FBI SA Robert Blythe | Email from Derkach to Aaron Zahn, Melissa Dykes, and Ryan Wannemacher dated 12/17/18 outlining a workplan for all phases of Strategic Planning (DISC-246441 - 246456) |
| 22B |  | FBI SA Robert Blythe | Email involving Aaron Zahn, McKinsey employees, Ryan Wannemacher, and Melissa Dykes spanning 3/6/19 – 3/7/19 regarding the Status Quo Case (Scenario 1) being "locked" and attaching the presentation (DISC-246543 - 246545) |
| 23A |  | FBI SA Robert Blythe Kerri Stewart | Email from David Goldberg to Aaron Zahn (copying Kerri Stewart) on 12/28/18 attaching a beginning iteration of the Total Market Compensation Strategy (DISC-304225 - 304236) |
| 23B |  | FBI SA Robert Blythe | Email from Aaron Zahn to David Goldberg on 1/3/19 attaching mark up and revisions to the Total Market Strategy Compensation Strategy (DISC-304237 - 304258) |
| 23C |  | FBI SA Robert Blythe Melissa Dykes | Email from Ryan Wannemacher to Aaron Zahn, Melissa Dykes, and Angie Hiers on 1/7/19 attaching revisions (version 9) and revisions to slide 9 of the Total Market Compensation Strategy (DISC-304259 - 304279) |
| 23D |  | FBI SA Robert Blythe | Email from Ryan Wannemacher to Scott Strackbine (copying Aaron Zahn Melissa Dykes, Angie Hiers, Pat Maillis) on 1/7/19 attaching a spreadsheet regarding calculations of incentive plans to reflect market 50th percentile (DISC-304281 - 304282) |
| 24 |  | FBI SA Robert Blythe | JEA Compensation Committee Agenda and |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|
|  |  |  | Presentation of JEA Total Market Compensation Strategy on January 15, 2019 (DISC-304329 - 304363) |
| 25A |  | FBI SA Robert Blythe | JEA Board Meeting Agenda for January 22, 2019 Board Meeting, Minutes from prior Meeting on December 11, 2018, and Presentation Materials for the January 22, 2019 Board Meeting (DISC-304459 - 304816) |
| 25B |  | FBI SA Robert Blythe | Video of entire January 22, 2019 JEA Board Meeting (Begins DISC-304817) |
| 26A |  | FBI SA Robert Blythe | JEA Board Meeting Agenda for March 26, 2019 Board Meeting, Public Notices, JEA Board Meeting Minutes for February 5, 2019 Board Meeting, and Board Meeting Materials for the March 26, 2019 Board Meeting (DISC-305113 – 305361) |
| 26B |  | FBI SA Robert Blythe | Video of entire March 26, 2019 JEA Board Meeting (DISC-305111) |
| 27 |  | FBI SA Robert Blythe | Video of Aaron Zahn presentation to Jacksonville City Council on 4/17/19 (DISC-306758) |
| 28 |  | FBI SA Robert Blythe<br>Melissa Dykes<br>Jason Gabriel | Email from Elizabeth Columbo to Ryan Wannemacher and Herschel Vinyard on 5/20/19 attaching the Nixon Peabody Legal Advice Memo dated 5/20/19 titled Long-Term Employee Incentive Program (DISC-306760 - 306770) |
| 29A |  | FBI SA Robert Blythe<br>Melissa Dykes | JEA Board Meeting Agenda for May 28, 2019 Board Meeting, Public Notices, JEA Board Meeting Minutes for March 26, 2019 Board Meeting, and Board Meeting Materials for the May 28, 2019 Board Meeting (DISC-306774 – 307115) |
| 29B |  | FBI SA Robert Blythe<br>Alan Howard<br>Kelly Flanagan | Establishing a Baseline: "Status Quo" Presentation made during May 28, 2019 JEA Board Meeting (DISC-245661 – 245694) |
| 29C |  | FBI SA Robert Blythe<br>Melissa Dykes | Video of entire May 28, 2019 JEA Board Meeting (DISC-307116) |
| 30 |  | FBI SA Robert Blythe<br>Melissa Dykes | JEA Invitation To Negotiate #127-19 For Strategic Alternatives (DISC-312838 - 312924) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|
| 31A | | FBI SA Robert Blythe<br>Jason Gabriel (OGC) | 6/28/19 letter of engagement from General Counsel Jason Gabriel to Stephen Amdur (Pillsbury law firm) signed on 7/1/19 and 7/2/19 (DISC-307605 - 307618) |
| 31B | | FBI SA Robert Blythe | Performance Unit Plan Terms Sheet (DISC-294003) |
| 31C | | FBI SA Robert Blythe<br>Joe Orfano | Email from Aaron Zahn to Ted Powers (copying Stephen Amdur, Joe Orfano, Herschel Vinyard, and Ryan Wannemacher) on 7/24/19 attaching signed copies of engagement letters between JEA and Morgan Stanley and JEA and JP Morgan (DISC-312800 – 312829) |
| 31D | | FBI SA Robert Blythe | Email from Jessica Lutrin to Herschel Vinyard, Lynne Rhode, Kevin Hyde, Michael Kirwan (copying Stephen Amdur) dated 8/22/19 attaching PUP Agreement and Plan documents (DISC-293575 – 293600) |
| 31E | | FBI SA Robert Blythe<br>Jason Gabriel | Legal Memorandum from Pillsbury Winthrop to OGC dated 11/4/19 regarding Tax and Securities Considerations Applicable to Long-Term Performance Unit Plan (DISC-247024 – 247034) |
| 32A | | FBI SA Robert Blythe | Email dated 7/3/19 from Kevin Hyde to lawyers at Foley & Lardner firm regarding drafting a performance bonus agreement (DISC-309656) |
| 32B | | FBI SA Robert Blythe | OGC Engagement Letter to Foley & Lardner dated 7/22/19 (DISC-293139 – 293145) |
| 32C | | FBI SA Robert Blythe<br>Jason Gabriel | Legal Memorandum from Foley & Lardner to OGC dated 9/25/19 regarding Performance Unit Plan (DISC-247002 – 247007) |
| 32D | | FBI SA Robert Blythe<br>Jason Gabriel | Legal Memorandum from Foley & Lardner to OGC dated 10/21/19 regarding Performance Unit Plan (DISC-247008 – 247023) |
| 33A | | Jason Gabriel | Legal Memorandum from Lynne Rhode dated 6/17/19 regarding JEA creating a long-term incentive program to bay bonuses or additional amounts to employees over a period of years (DISC-246970 – 246974) |
| 33B | | Jason Gabriel | Memorandum dated 7/22/19 to the OGC file |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|
|  |  |  | from Jason Gabriel, Lawsikia Hodges, and Lynne Rhode regarding Strategic Planning Action Taken by the JEA Board based on Scenario-Based Planning (DISC-307895) |
| 33C |  | Jason Gabriel | Letter from OGC (Lynne Rhode) to Florida Attorney General Ashley Moody's Office dated 10/1/19 (DISC-246997 – 247001) |
| 33D |  | Jason Gabriel | Email from Lynne Rhode to Lawsikia Hodges dated 11/4/19 attaching PUP Documents (DISC-293625 – 293644) |
| 34A |  | FBI SA Robert Blythe | Morgan Stanley Discussion Materials for Meeting with JEA in New York City on 6/17/19 (MS-AUSA-00016960 – 00017057) |
| 34B |  | FBI SA Robert Blythe | Joint PowerPoint Presentation from Morgan Stanley and JP Morgan regarding JEA privatization for meetings at Club Continental in Orange Park, Florida on July 10 – 12, 2019 (DISC-309665 - 309686) |
| 34C |  | FBI SA Robert Blythe | Engagement Letter executed on 7/24/19 between JEA and Morgan Stanley, signed by Aaron Zahn and Ryan Wannemacher for JEA (DISC-312802 - 312814) |
| 34D |  | FBI SA Robert Blythe | JEA – Summary of Revised Replies dated December 2019 (MS-AUSA-00014343 - 00014363) |
| 35 |  | FBI SA Robert Blythe | Engagement Letter dated 7/24/19 between JEA and JP Morgan, signed by Aaron Zahn and Ryan Wannemacher for JEA (DISC-312816 – 312828) |
| 36A |  | FBI SA Robert Blythe | NextEra's Revised Reply Regarding JEA dated 11/26/19 (DISC-295216 – 295258) |
| 36B |  | FBI SA Robert Blythe | Email communication involving Mark Hickson and other NextEra officials regarding JEA's Updated Revised Reply Instructions for the ITN dated 12/17/19 (DISC-295294 – 295302) |
| 37 |  | FBI SA Robert Blythe | 2018 JEA Ratings Agency Presentation delivered in February 2019 (DISC-304902 – 305004) |
| 38 |  | FBI SA Robert Blythe | JEA Electric System Integrated Resource Plan (IRP) dated 3/21/19 (DISC-305054 – 305097) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|
| 39A | | FBI SA Robert Blythe | JEA 2018 Ten Year Site Plan (TYSP) (DISC-314806 – 314851) |
| 39B | | FBI SA Robert Blythe | JEA 2019 TYSP (DISC-297411 – 297457) |
| 39C | | FBI SA Robert Blythe | JEA 2020 TYSP (DISC-314852 – 314898) |
| 39D | | FBI SA Robert Blythe | JEA 2021 TYSP (DISC-314931 – 314979) |
| 39E | | FBI SA Robert Blythe | JEA 2022 TYSP (Revised) (DISC-314980 – 315026) |
| 40A | | FBI SA Robert Blythe  Joe Orfano | Email string involving Joe Orfano, Jeff Panger, David Bodek, Ryan Wannemacher, and Aaron Zahn spanning 8/2/19 – 8/5/19 regarding JEA voluntary EMMA filing for bondholders and the ITN (DISC-312925 - 312927) |
| 40B | | FBI SA Robert Blythe | S&P Global Ratings Bulletin dated 8/23/19 (DISC-312948 - 312950) |
| 40C | | FBI SA Robert Blythe  Joe Orfano | JEA 2019 Rating Agency Update presented to S&P on 8/28/19 (DISC-312951 - 313040) |
| 40D | | FBI SA Robert Blythe  Joe Orfano | Email involving Jeff Panger, Ryan Wannermacher, Joe Orfano, Aaron Zahn, and Melissa Dykes regarding information provided to S&P on 8/21/19 and the JEA Board during JEA strategic planning (DISC-245109 – 245110) |
| 41A | | FBI SA Robert Blythe  Joe Orfano | Email from Joe Orfano to Andrew DeStefano (Fitch) (copying Ryan Wannemacher) on 10/23/19 attaching Energy Financial Forecasts to 2024 (DISC-245111 – 245124) |
| 41B | | FBI SA Robert Blythe  Joe Orfano | Email from Joe Orfano to Aaron Zahn, Melissa Dykes, and Ryan Wannemacher dated 11/22/19 attaching Fitch's 11/22/19 rating report on JEA's Electric System (DISC-313068 - 313080) |
| 42 | | Kyle Billy (Council Auditor) | Memorandum from Kyle Billy to City Council Member Randy DeFoor dated 1/23/20 regarding Future of JEA Workshop Meeting (DISC-313081 - 313088) |
| 43A | | FBI SA Robert Blythe | JEA Employment Agreement for Aaron Zahn dated 7/23/19 (DISC-294014 – 294028) |
| 43B | | FBI SA Robert Blythe | JEA Employment Agreement for Ryan Wannemacher dated 7/26/19 (DISC-294029 – 294040) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|
| 44A | | FBI SA Robert Blythe | Spreadsheet showing Federal Funds to JEA in fiscal year 2019 (DISC-315945 – 315957) |
| 44B | | FBI SA Robert Blythe | Spreadsheet showing Federal Funds to JEA in fiscal year 2020 (DISC-315958 - 315968) |
| 45 | | FBI SA Robert Blythe<br>Rory Diamond<br>Ron Salem | Video of 12/16/19 Diamond-Salem Hearing |
| 46A | | FBI SA Robert Blythe<br>Rory Diamond<br>Ron Salem | Letter dated 12/5/19 from City Council Members Rory Diamond and Ron Salem to Aaron Zahn |
| 46B | | FBI SA Robert Blythe<br>Rory Diamond<br>Ron Salem | Minutes of Public Meeting on 12/10/19 to plan for the 12/16/19 Diamond-Salem Hearing |
| 47 | | Daniel Nunn | Memorandum to Nelson Mullins file dated 12/15/19 re Meeting with Councilman Rory Diamond, Aaron Zahn, and Kerri Stewart |
| 48 | | FBI SA Robert Blythe<br>Kevin Blodgett | Special Investigative Committee (SIC) Chronology |
| 49 | | Tim Adams<br>John Zipperer | Doc. 183-1 – Email from David Chapman to State Attorney Melissa Nelson, First Assistant State Attorney L.E. Hutton, Tim Adams, and John Zipperer dated 2/4/2020 |
| 50 | | FBI SA Robert Blythe | Grand Jury Subpoena to JEA dated 4/21/20 |
| 51 | | Ryan Wannemacher<br>Lynne Rhode | Municipal Code 602.1205 and 602.1206 in effect on 5/15/23 |
| 51-1 | | Jason Gabriel | Municipal Code 602.1205 and 602.1206 in effect on 12/16/19 |
| 52 | | Jason Gabriel | Rules of Jacksonville City Council – Rules 2.101 – 2.105; 2.201 – 2.214 |
| 53 | | Ryan Wannemacher<br>Lynne Rhode | Municipal Code Sections 134.101 – 134.107 in effect on 5/15/23 |
| 53-1 | | Jason Gabriel | Municipal Code Sections 134.101 – 134.107 in effect on 12/16/19 |
| 54 | | FBI SA Robert Blythe | Grand Jury Subpoena to Willis Towers Watson dated 4/21/20 |
| 55 | | FBI SA Robert Blythe | Grand Jury Subpoena to McKinsey & Co. dated 4/21/20 |
| 56 | | FBI SA Robert Blythe | Grand Jury Subpoena to Morgan Stanley dated 4/21/20 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|
| 57 | | FBI SA Robert Blythe | Grand Jury Subpoena to JP Morgan Chase dated 4/21/20 |
| 58 | | FBI SA Robert Blythe | Grand Jury Subpoena to NextEra Energy dated 4/21/20 |
| 59 | | FBI SA Robert Blythe | Grand Jury Subpoena to S&P Global dated 4/21/20 |
| 60A | | FBI SA Angela Hill | Grand Jury Subpoena to BCSP, LLC dated 5/21/20 |
| 60B | | FBI SA Angela Hill | Grand Jury Subpoena to Timothy Baker Consulting, LLC dated 4/21/20 |
| 61 | | FBI SA Robert Blythe | FD-302 of Interview of David Wathen (Willis Towers Watson) dated 5/14/20 |
| 62 | | FBI SA Robert Blythe | FD-302 of Interview of Anton Derkach (McKinsey) dated 1/29/21 |
| 63 | | FBI SA Robert Blythe | FD-302 of Interview of Jason Gredell (JP Morgan Chase) dated 3/5/21 |
| 64 | | FBI SA Robert Blythe | FD-302 of Interview of Eddie Manheimer (Morgan Stanley) dated 3/31/21 |
| 65 | | FBI SA Robert Blythe | FD-302 of Interview of Mark Hickson (NextEra Energy) dated 6/30/21 |
| 66 | | FBI SA Robert Blythe | FD-302 of Interview of Stephen Amdur (Pillsbury Winthrop) dated 2/11/21 |
| 67 | | FBI SA Robert Blythe | FD-302 of Interview of Jeff Panger (S&P Global) dated 12/17/20 |
| 68-1 | | FBI SA Robert Blythe | FD-302 of Interview of Jody Brooks dated 1/16/20 |
| 68-2 | | FBI SA Robert Blythe | FD-302 of Interview of Jody Brooks dated 4/13/20 |
| 69 | | FBI SA Robert Blythe | FD-302 of Interview of Pat Maillis (JEA) dated 6/2/20 |
| 70 | | FBI SA Robert Blythe | FD-302 of Interview of Angie Hiers dated 5/21/20 |
| 71 | | FBI SA Robert Blythe | FD-302 of Interview of Elizabeth Colombo dated 4/23/20 |

Note: The only difference between this Exhibit List and Doc. 265 (the version filed on 5/30/23 after the *Kastigar* Hearing) is the addition of Exhibit 20(j). The Government inadvertently omitted Exhibit 20(j) from the post-Hearing Exhibit List (Doc. 265). Exhibit 20(j) was first identified during the Hearing in FBI Agent Blythe's testimony at Vol. 2, p. 128, line 21.

**EXHIBIT LIST - Continuation Sheet**

                                    Respectfully submitted,

                                    ROGER B. HANDBERG
                                  United States Attorney

By:   */s/ Tysen Duva*
        Tysen Duva
        Assistant United States Attorney
        Florida Bar No. 0603511
        Arnold B. Corsmeier
        Assistant United States Attorney
        Florida Bar No. 869139
        300 N. Hogan Street, Suite 700
        Jacksonville, Florida 32202
        Telephone:  (904) 301-6300
        Facsimile:  (904) 301-6310
        E-mail:   Tysen.Duva@usdoj.gov
                     Chip.Corsmeier@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on June 22, 2023, a true and correct copy of the foregoing was filed and served on all counsel via the CM/ECF system.

                                    */s/ Tysen Duva*
                                    Tysen Duva
                                    Assistant United States Attorney