**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                 CASE NO. 3:22-cr-23-BJD-MCR

RYAN WANNEMACHER
_____/

**ORDER**

**THIS CAUSE** is before the Court on the Motions to Withdraw (Docs. 376 and 377) filed by Niels P. Murphy and Catherine M. Licandro on January 29, 2024. Mr. Murphy and Ms. Licandro advise that they have fulfilled their contractual obligations to assist lead trial counsel James Felman, Esq. with matters related to Mr. Wannamacher's *Garrity* statements and now wish to withdraw. Further, the Motions certify Mr. Wannamacher's consent to counsel's withdrawal.

Accordingly, it is **ORDERED:**

1. The Motions to Withdraw (Docs. 376 and 377) are **GRANTED**.

2. Counsel are relieved of any further responsibility as counsel for Mr. Wannemacher in this matter, but they shall comply with all applicable obligations on withdrawing counsel, including any applicable Bar rules."

- 2 -

**DONE** and **ORDERED** in Jacksonville, Florida this 30th day of January 2024.

*[signature]*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record