# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA          CASE NO. 3:22-cr-23-BJD-MCR

v.

AARON ZAHN
RYAN WANNEMACHER

<u>Counsel for Government</u>:          <u>Counsel for Defendant Zahn</u>:
Tysen Duva                          A. Brian Albritton
Arnold Corsmeier                    Eduardo Suarez
                                    Raquel Jefferson

                                    <u>Counsel for Defendant Wannemacher</u>
                                    James Felman
                                    Brandon Breslow

## HONORABLE BRIAN J. DAVIS
## SENIOR UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Chloe Swinton      Court Reporter: David Walker-Collier

## CLERK'S MINUTES

**PROCEEDINGS OF: JURY TRIAL (DAY 1)**

Preliminary matters addressed.

Zahn Jury Sworn.

Wannemacher Jury Sworn.

The Court gave preliminary instructions to the jury.

Opening statements.[1]

<u>Government's Witnesses</u>: Paul McElroy

---

[1] Mr. Zahn's jury was not present during the opening statements of Mr. Wannemacher.

<u>Government's Exhibits:</u> 1, 2, 4, 5, 6A, 6B, 6C, 6D

Jury recessed and shall report back at 9:00 a.m. on **Thursday, February 22, 2024, at 9:00 a.m.**

DATE: February 21, 2024
TIME: 9:02 a.m.-12:21 p.m./1:38 p.m.-5:30 p.m.
TOTAL: 7 hours 11 minutes