# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA          CASE NO. 3:22-cr-23-BJD-MCR

v.

AARON ZAHN
RYAN WANNEMACHER

Counsel for Government:          Counsel for Defendant Zahn:
Tysen Duva                        A. Brian Albritton
Arnold Corsmeier                  Eduardo Suarez
                                  Raquel Jefferson

                                  Counsel for Defendant Wannemacher
                                  James Felman
                                  Brandon Breslow

---

## HONORABLE BRIAN J. DAVIS
## SENIOR UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Chloe Swinton     Court Reporter:  David Walker-Collier

---

## CLERK'S MINUTES

## PROCEEDINGS OF: JURY TRIAL (DAY 2)

Preliminary matters addressed.

Government's Witnesses: Paul McElroy, Elizabeth Columbo, John Zipperer, Angela Hill

Government's Exhibits: 8, 9, 10, 11, 12, 13, 14, 15, 16, 19, 20A1, 20A4, 20B1, 20B2, 20F1, 20F2, 20F3, 20F4, 20FF, 20H1, 23A, 23B, 23C, 23D, 24, 21E, 21F, 25A, 25B, 26A, 26B, 27, 28, 29A, 29B, 29C 33A,

Defendant Zahn's Exhibits: 69, 110, 418, 441, 474.2, 474.6

Defendant Wannemacher's Exhibits: 3.2, 3.4, 3.5, 3.8

Jury recessed and shall report back at 9:00 a.m. on Friday, February 23, 2024.

DATE: February 22, 2024
TIME: 8:58 a.m.-11:58 a.m./12:50 p.m.-5:28 p.m.
TOTAL: 7 hours 30 minutes