# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA         CASE NO. 3:22-cr-23-BJD-MCR

v.

AARON ZAHN
RYAN WANNEMACHER

| Counsel for Government: | Counsel for Defendant Zahn: |
|---|---|
| Tysen Duva | A. Brian Albritton |
| Arnold Corsmeier | Eduardo Suarez |
|  | Raquel Jefferson |

Counsel for Defendant Wannemacher
James Felman
Brandon Breslow

## HONORABLE BRIAN J. DAVIS
## SENIOR UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Chloe Swinton     Court Reporter: David Walker-Collier

## CLERK'S MINUTES

**PROCEEDINGS OF: JURY TRIAL (DAY 3)**

Preliminary matters addressed.

Government's Witnesses: Angela Hill

Government's Exhibits: 20AA1, 20EE, 20I, 20J, 20K, 20M, 20W, 20L1, 20P1, 20P2, 20P3, 20P4, 20P5, 20Q, 20R, 20S, 20T, 30, 34D, 36A, 43A, 43B, 45, 46A, 46C, 47G

Defendant Zahn's Exhibits: 51, 93, 134, 302, 302.1, 366, 474, 474.1-.9, 477, 477.1, 475, 475.1-.7, 478, 478.1, 7, 7.1, 10, 10.1-.2, 13, 13.1-.4, 19, 19.1-.7, 27, 27.1-.9, 30, 30.1-.17, 33, 33.1-.7, 36, 36.1-.3, 157, 386, 70, 301, 301.1, 228,

Defendants' Ore Tenus Motion for Mistrial is **DENIED.**

Defendants' Ore Tenus Motion to Strike and Motion for Curative Instruction is **DENIED.**

Jury recessed and shall report back at 9:00 a.m. on Monday, February 26, 2024.

DATE: February 23, 2024
TIME: 9:01 a.m.-11:56 a.m./1:01 p.m.-5:20 p.m.
TOTAL: 7 hours 14 minutes