UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA        CASE NO. 3:22-cr-23-BJD-MCR
v.
AARON ZAHN
RYAN WANNEMACHER

| Counsel for Government: | Counsel for Defendant Zahn: |
|---|---|
| Tysen Duva | A. Brian Albritton |
| Arnold Corsmeier | Eduardo Suarez |
|  | Raquel Jefferson |

Counsel for Defendant Wannemacher
James Felman
Brandon Breslow

HONORABLE BRIAN J. DAVIS
SENIOR UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Chloe Swinton     Court Reporter: Shannon Bishop

**CLERK'S MINUTES**

**PROCEEDINGS OF: JURY TRIAL (DAY 5)**

Preliminary matters addressed.

Government's Witnesses: Kyle Billy, Kelly Flanagan, Anton Derkach, Rev. Fred Newbill, Andrew Allen

Government's Exhibits: 22A, 22B, 42

Defendant Zahn's Exhibits: 462, 37, 37.1

Defendant Wannemacher's Exhibits: 6.72

Stipulation of the Parties read into the record and filed in Open Court (Exhibit 51).

Jury recessed and shall report back at 9:00 a.m. on Wednesday, February 28, 2024.


DATE: February 27, 2024
TIME: 9:02 a.m.-12:34 p.m./1:35 p.m.-5:24 p.m.
TOTAL: 7 hours 21 minutes