UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA      CASE NO. 3:22-cr-23-BJD-MCR
v.
AARON ZAHN
RYAN WANNEMACHER

<u>Counsel for Government</u>:          <u>Counsel for Defendant Zahn</u>:
Tysen Duva                                       A. Brian Albritton
Arnold Corsmeier                            Eduardo Suarez
                                                          Raquel Jefferson

                                                          <u>Counsel for Defendant Wannemacher</u>
                                                          James Felman
                                                          Brandon Breslow

**HONORABLE BRIAN J. DAVIS**
**SENIOR UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Chloe Swinton    Court Reporter:  Shannon Bishop

**CLERK'S MINUTES**

**PROCEEDINGS OF: JURY TRIAL (DAY 6)**

Preliminary matters addressed.

<u>Government's Witnesses</u>: Andrew Allen, Alan Howard, April Green

<u>Defendant Zahn's Exhibits</u>: 4, 8, 9, 12, 18, 20, 29, 31, 32, 35, 71, 101, 209, 210, 211, 217, 402, 402.1, 407, 407.1

Jury recessed and shall report back at 9:00 a.m. on Thursday, February 29, 2024.

DATE: February 28, 2024
TIME: 9:02 a.m.-11:53 p.m./1:02 p.m.-5:26 p.m.
TOTAL: 7 hours 15 minutes