UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA         CASE NO. 3:22-cr-23-BJD-MCR
v.
AARON ZAHN
RYAN WANNEMACHER

| Counsel for Government: | Counsel for Defendant Zahn: |
|---|---|
| Tysen Duva | A. Brian Albritton |
| Arnold Corsmeier | Eduardo Suarez |
| | Raquel Jefferson |

Counsel for Defendant Wannemacher
James Felman
Brandon Breslow

**HONORABLE BRIAN J. DAVIS**
**SENIOR UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Chloe Swinton    Court Reporter: Shelli Kozachenko

**CLERK'S MINUTES**

**PROCEEDINGS OF: JURY TRIAL (DAY 7)** [1]

Preliminary matters addressed.

Government's Witnesses: April Green, Jeff Panger, Melissa Dykes

Government's Exhibits: 40A, 40B, 40C, 40D

Defendant Zahn's Exhibits: 17.1, 150, 161, 181, 205, 219, 281, 307, 309, 473, 616

---

[1] A Kastigar Hearing occurred outside of the presence of the jury and the public. The hearing began at 9:20 a.m. and concluded around 10:16 a.m. Attorney Jennifer A. Mansfield, who represents First Coast News and the Florida Times-Union, interjected, and addressed the Court about their objection to the courtroom being closed during the Kastigar Hearing when the courtroom reopened to the public.

<u>Defendant Wannemacher's Exhibits</u>: 2.35

Jury recessed and shall report back at 9:00 a.m. on Friday, March 1, 2024.

DATE: February 29, 2024
TIME: 9:05 a.m.-12:12 p.m./1:18 p.m.-5:24 p.m.
TOTAL: 7 hours 13 minutes