# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA                    CASE NO. 3:22-cr-23-BJD-MCR
v.
AARON ZAHN
RYAN WANNEMACHER

Counsel for Government:                     Counsel for Defendant Zahn:
Tysen Duva                                  A. Brian Albritton
Arnold Corsmeier                            Eduardo Suarez
                                            Raquel Jefferson

                                            Counsel for Defendant Wannemacher
                                            James Felman
                                            Brandon Breslow

---

## HONORABLE BRIAN J. DAVIS
### SENIOR UNITED STATES DISTRICT JUDGE
Courtroom Deputy: Chloe Swinton       Court Reporter:  Shelli Kozachenko

---

## CLERK'S MINUTES

**PROCEEDINGS OF: JURY TRIAL (DAY 8)**

Preliminary matters addressed.

Government's Witnesses: Melissa Dykes, Pam Rauch, Joseph Orfano

Government's Exhibits: 31C, 32C, 32D, 33C, 33D, 37, 38, 39A, 39B, 39C, 39D, 39E, 41A, 41B, 44A, 44B, 47A, 47B, 47C, 47D, 47E

Defendant Zahn's Exhibits: 74

Defendants' Joint Ore Tenus Motion for Mistrial is **DENIED.**

Jury recessed and shall report back at 11:00 a.m. on Monday, March 4, 2024.

The parties shall report back at 9:00 a.m. on Monday, March 4, 2024.

DATE: March 1, 2024
TIME: 9:00 a.m.-12:19 p.m./1:16 p.m.-4:36 p.m.
TOTAL: 6 hours 39 minutes