UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA	CASE NO. 3:22-cr-23-BJD-MCR
v.
AARON ZAHN
RYAN WANNEMACHER

<u>Counsel for Government</u>:	<u>Counsel for Defendant Zahn</u>:
Tysen Duva	A. Brian Albritton
Arnold Corsmeier	Eduardo Suarez
	Raquel Jefferson

	<u>Counsel for Defendant Wannemacher</u>
	James Felman
	Brandon Breslow

**HONORABLE BRIAN J. DAVIS**
**SENIOR UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Chloe Swinton     Court Reporter: Shelli Kozachenko
Court Reporter: Katharine Healey (Afternoon Session)

**CLERK'S MINUTES**

**PROCEEDINGS OF: JURY TRIAL (DAY 9)**

Preliminary matters addressed.

Additionally, the Court permitted Attorney Jennifer Mansfield to address the Court regarding First Coast News and the Florida Times-Union's Second Motion to Intervene and Motion to Open Future Kastigar Hearings During Trial (Doc. 447).

**Kastigar Hearing:**[1]

<u>Government's Witnesses</u>: Jason Gredell, Edward Manheimer, Mark Hickson,

<u>Government's Exhibits</u>: 17, 20(p)(3), 20(p)(5), 34A, 34D, 34C, 35, 36B, <u>34E, 36C</u>,

**Jury Trial**[2]

<u>Government's Witnesses</u>: Jason Gredell, Edward Manheimer, Mark Hickson

<u>Government's Exhibits</u>: 17, 34A, 34B, 34C, 34E, 35, 36B, 36C

<u>Defendant Zahn's Exhibits</u>: 621, 181, 464, 200 (as Wannemacher 1.30)

<u>Defendant Wannemacher's Exhibits</u>: 1.30

Jury recessed and shall report back at 9:00 a.m. on Tuesday, March 5, 2024.

DATE: March 4, 2024
TIME: 9:05 a.m.-12:51 p.m./1:53 p.m.-5:23 p.m.
TOTAL: 7 hours 16 minutes

---

[1] The Kastigar Hearing began arou nd 9:05 a.m. and concluded around 11:21 a.m. Underlined exhibits were admitted today. Exhibits that are not underlined, were previously admitted at the original Kastigar Hearing(s).
[2] The Jury Trial resumed at 11:22 a.m.