UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA   CASE NO. 3:22-cr-23-BJD-MCR

v.

AARON ZAHN
RYAN WANNEMACHER

| Counsel for Government: | Counsel for Defendant Zahn: |
|---|---|
| Tysen Duva | A. Brian Albritton |
| Arnold Corsmeier | Eduardo Suarez |
| | Raquel Jefferson |

Counsel for Defendant Wannemacher
James Felman
Brandon Breslow

---

**HONORABLE BRIAN J. DAVIS**
**SENIOR UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Chloe Swinton    Court Reporter: Shelli Kozachenko

---

**CLERK'S MINUTES**

**PROCEEDINGS OF: JURY TRIAL (DAY 10)[1]**

Preliminary matters addressed.

Government's Witnesses: Lynn Rhode, Jason Gabriel

Government's Exhibits: 3, 20(a)(a)2, 20(a)(a)3, 20(a)(a)4, 20(a)(a)5, 31A, 33B, 31B, 31D

Defendant Zahn's Exhibits: 137, 247, 247.1, 247.2, 247.3, 247.4, 247.5, 250, 250.1, 257, 258, 272, 323, 387, 480, 480.1

Jury recessed and shall report back at 9:00 a.m. on Wednesday, March 6, 2024.

---

[1] The trial started a little late due to a fire alarm.

DATE: March 5, 2024
TIME: 9:11 a.m.-12:44/1:46 p.m.-5:34 p.m.
TOTAL: 7 hours 21 minutes