**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA  CASE NO. 3:22-cr-23-BJD-MCR
v.
AARON ZAHN
RYAN WANNEMACHER

| Counsel for Government: | Counsel for Defendant Zahn: |
|---|---|
| Tysen Duva | A. Brian Albritton |
| Arnold Corsmeier | Eduardo Suarez |
|  | Raquel Jefferson |

Counsel for Defendant Wannemacher
James Felman
Brandon Breslow

**HONORABLE BRIAN J. DAVIS**
**SENIOR UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Chloe Swinton   Court Reporter: Shelli Kozachenko

**CLERK'S MINUTES**

**PROCEEDINGS OF: JURY TRIAL (DAY 11)**

Preliminary matters addressed.

Government's Witnesses: Jason Gabriel, Kevin Hyde, Stephen Amdur, Timothy Hunt

Government's Exhibits: 32A, 32B, 46B

Defendant Zahn's Exhibits: 33.8, 33.9, 143, 158, 159, 164, 170, 191, 232, 232.1, 268, 270, 373, 422, 623, 625,

Jury recessed and shall report back at 9:00 a.m. on Thursday, March 7, 2024.

DATE: March 6, 2024
TIME: 9:00 a.m.-12:12 p.m./1:17 p.m.-5:15 p.m.
TOTAL: 7 hours 10 minutes