UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA        CASE NO. 3:22-cr-23-BJD-MCR
v.
AARON ZAHN
RYAN WANNEMACHER

| Counsel for Government: | Counsel for Defendant Zahn: |
|---|---|
| Tysen Duva | A. Brian Albritton |
| Arnold Corsmeier | Eduardo Suarez |
| | Raquel Jefferson |

Counsel for Defendant Wannemacher
James Felman
Brandon Breslow

---

**HONORABLE BRIAN J. DAVIS**
**SENIOR UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Chloe Swinton     Court Reporter: Shelli Kozachenko

---

**CLERK'S MINUTES**

**PROCEEDINGS OF: JURY TRIAL (DAY 12)**

Preliminary matters addressed.

Government's Witnesses: Valerie Gutierrez, Jesse Ferraraccio, Sam Mousa, Joseph Stowe

Government's Exhibits: 48B, 49

Defendant Zahn's Exhibits: 38, 39, 333.1, 469, 470, 471,

Jury recessed at 2:09 p.m. and shall report back at 9:00 a.m. on Monday, March 11, 2024.

The parties shall return at 9:00 a.m. on Friday, March 8, 2024.

DATE: March 7, 2024
TIME: 9:10 a.m.-11:50 a.m./1:01 p.m.-2:11 p.m.
TOTAL: 3 hours 50 minutes