UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA           CASE NO. 3:22-cr-23-BJD-MCR
v.
AARON ZAHN
RYAN WANNEMACHER

| Counsel for Government: | Counsel for Defendant Zahn: |
|---|---|
| Tysen Duva | A. Brian Albritton |
| Arnold Corsmeier | Eduardo Suarez |
|  | Raquel Jefferson |
|  |  |
|  | Counsel for Defendant Wannemacher |
|  | James Felman |
|  | Brandon Breslow |

**HONORABLE BRIAN J. DAVIS**
**SENIOR UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Chloe Swinton    Court Reporter: Shelli Kozachenko

**CLERK'S MINUTES**

**PROCEEDINGS OF: JURY TRIAL (DAY 13)**

Preliminary matters addressed.

The parties agreed on an instruction regarding the two witnesses that will testify today. The Court read the instruction to the jury.

Government's Witnesses: Jonathan Kendrick, Herschel Vinyard

Government rests.

Defendant Zahn's Witnesses: Ernest Dixon

Defendant Zahn's Exhibits: 23, 482, 483, 484, 630, 631, 632

Defendants' Joint <u>Ore</u> <u>Tenus</u> Motion for Judgment of Acquittal is under advisement.

Jury recessed and shall report back at 9:00 a.m. on Tuesday, March 12, 2024.

DATE: March 11, 2024
TIME:  9:04 a.m.-12:37 p.m./ 1:32 p.m.-5:10 p.m.
TOTAL: 7 hours 11 minutes