**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA	CASE NO. 3:22-cr-23-BJD-MCR
v.
AARON ZAHN
RYAN WANNEMACHER

<u>Counsel for Government</u>:
Tysen Duva
Arnold Corsmeier

<u>Counsel for Defendant Zahn</u>:
A. Brian Albritton
Eduardo Suarez
Raquel Jefferson

<u>Counsel for Defendant Wannemacher</u>
James Felman
Brandon Breslow

**HONORABLE BRIAN J. DAVIS**
**SENIOR UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Chloe Swinton     Court Reporter: Shelli Kozachenko

**CLERK'S MINUTES**

**PROCEEDINGS OF: JURY TRIAL (DAY 14)**

Preliminary matters addressed.

<u>Defendant Zahn's Witnesses</u>: Ernest Dixon

Defendant Wannemacher rests.

Defendant Zahn rests.

<u>Government's Exhibits</u>: 54, 55

<u>Government's Rebuttal Witnesses</u>: Jeff Rodda

Jury recessed at 3:45 p.m. and instructed to return at 9:00 a.m. on Wednesday, March 13, 2024.

Defendants' Joint Ore Tenus Motion to Strike Portions of Witness Testimony and Government's Exhibit 54 are **DENIED.**

Defendants' Renewed Ore Tenus Motion for Judgment of Acquittal are **DENIED.**

Charge Conference.

DATE: March 12, 2024
TIME: 9:04 a.m.-10:57 a.m./11:09 a.m.-12:19 p.m./1:26 p.m.-5:45 p.m.
TOTAL: 7 hours 22 minutes