UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA     CASE NO. 3:22-cr-23-BJD-MCR

v.

AARON ZAHN
RYAN WANNEMACHER

| Counsel for Government: | Counsel for Defendant Zahn: |
|---|---|
| Tysen Duva | A. Brian Albritton |
| Arnold Corsmeier | Eduardo Suarez |
|  | Raquel Jefferson |

Counsel for Defendant Wannemacher
James Felman
Brandon Breslow

**HONORABLE BRIAN J. DAVIS**
**SENIOR UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Chloe Swinton     Court Reporter: Shelli Kozachenko

**CLERK'S MINUTES**

**PROCEEDINGS OF: JURY TRIAL (DAY 15)**

Preliminary matters addressed.

The Court gave preliminary instructions to the Jury regarding the closing arguments.

Government's closing arguments.

Defendant Zahn's closing arguments.

Government's rebuttal to Defendant Zahn's closing arguments.

The Zahn Jury recessed at 3:16 p.m. and told to return at 9:00 a.m. on Thursday, March 14, 2024.

Defendant Wannemacher's closing arguments.

Government's rebuttal to Defendant Wannemacher's closing arguments.

The Wannemacher Jury recessed at 4:34 p.m. and told to return at 9:30 a.m. on Thursday, March 14, 2024.

DATE: March 13, 2024
TIME: 9:03 a.m.-11:46 a.m./12:49 p.m.-4:36 p.m.
TOTAL: 6 hours 30 minutes