UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 3:22-cr-23-BJD-MCR

AARON ZAHN

## VERDICT

1. With regard to Count One of the Indictment, which charges Conspiracy to Embezzle and Steal Municipal Property and to commit Wire Fraud, we, the Jury, find AARON ZAHN:

    NOT GUILTY \_\_\_\_\_    GUILTY ✓

If you found AARON ZAHN not guilty of Count One, proceed to consider Count Two below.

If you found AARON ZAHN guilty of Count One, answer this question:

We, the jury, unanimously find the following to be the Object of the Conspiracy (choose one):

    ✓ Embezzle and Steal Municipal Property

    \_\_\_\_\_ Wire Fraud

    \_\_\_\_\_ Both Embezzle and Steal Municipal Property and Wire Fraud

2. With regard to Count Two of the Indictment, which charges Wire Fraud (live stream of the July 23, 2019 JEA Board Meeting on IBM USTREAM), we, the Jury, find AARON ZAHN:

NOT GUILTY \_\_\_\_\_   GUILTY ✓

SO SAY WE ALL.

███████████████████  03-14-2024
FOREPERSON'S SIGNATURE         DATE

2