UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:22-cr-23-BJD-MCR

AARON ZAHN.
_____/

### DEFENDANT AARON ZAHN'S UNOPPOSED MOTION TO CORRECT JUDGMENT

Pursuant to Federal Rule of Criminal Procedure 35(a), Defendant Aaron Zahn respectfully moves for an Order correcting the Judgment entered in this cause. (Doc. 542), attached hereto as Exhibit A. The undersigned provided counsel for the Government, Assistant U.S. Attorney Tysen Duva, with a draft copy of the motion prior to filing, and the Government stated that it takes no position as to the motion.

On July 30, 2024, the Court pronounced sentence in this matter. At Mr. Zahn's request, the Court allowed him 90 days to report to the facility designated by the Bureau of Prisons (BOP). The Court also agreed to recommend to the BOP that Mr. Zahn be designated to FCI Pensacola and, "as a second choice" FCI Montgomery. (See Transcript Exhibit B).

On August 1, 2024, the written Judgment was filed. Consistent with the oral pronouncement, the Judgment includes a recommendation for Mr. Zahn to be incarcerated at FCI Pensacola or FCI Montgomery but it does not reflect the Court's recommendation that FCI Pensacola be considered as a first choice and FCI Montgomery as a second choice. (Doc. 542).

1

Similarly, the Judgment states, "[T]he defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons <u>no later</u> than 90 days from the date of sentencing, as notified by the United States Marshal." In this regard, the Judgment is inconsistent with the Court's oral pronouncement granting Mr. Zahn's request that he be given 90 days before reporting to the designated facility. (See Exhibit B (emphasis added)).

As a result of the foregoing, Mr. Zahn respectfully requests that the Court enter an Order correcting the Judgment to reflect the Court's oral pronouncement recommending FCI Pensacola, as a first choice, FCI Montgomery, as a second choice, and allowing him 90 days before reporting to the designated facility.

    Respectfully submitted,

*/s/ A. Brian Albritton*
A. Brian Albritton   |   FBN 0777773
**PHELPS DUNBAR LLP**
100 South Ashley Drive, Suite 2000
Tampa, FL  33602
Telephone: (813) 472-7557
Facsimile: (813) 472-7570
brian.albritton@phelps.com

*/s/ Eddie Suarez*
Eddie Suarez   |   FBN 752540
**THE SUAREZ LAW FIRM**
1011 West Cleveland Street
Tampa, FL  33606
Telephone: (813) 229-0040
Facsimile: (813) 229-0041
esuarez@suarezlawfirm.com

**Counsel for Aaron Zahn**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 12, 2024, a copy of this document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*/s/ A. Brian Albritton*
A. Brian Albritton
**Counsel for Aaron Zahn**