# Exhibit B

```
               IN THE UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                      JACKSONVILLE DIVISION


UNITED STATES OF AMERICA,        Jacksonville, Florida

         Plaintiff,              Case No. 3:22-cr-23-BJD-MCR

-vs-                             July 30, 2024

AARON ZAHN,                      5:37 p.m.

         Defendant.              Courtroom 12C
```

**EXCERPT OF SENTENCING**
BEFORE THE HONORABLE BRIAN J. DAVIS
UNITED STATES DISTRICT JUDGE

OFFICIAL COURT REPORTER:

  Shelli Kozachenko, RPR, CRR, CRC
  221 North Hogan Street, #185
  Jacksonville, FL  32202
  Telephone:  (904) 301-6842

(Proceedings reported by stenography;
transcript produced by computer.)

<u>A P P E A R A N C E S</u>

GOVERNMENT COUNSEL:

    Tysen Duva, Esquire
    Arnold Corsmeier, Esquire
    United States Attorney's Office
    300 North Hogan Street, Suite 700
    Jacksonville, FL  32202


DEFENSE COUNSEL:

    Eduardo Suarez, Esquire
    The Suarez Law Firm, P.A.
    1011 West Cleveland Street
    Tampa, FL  33606

    Brian Albritton, Esquire
    Raquel Jefferson, Esquire
    Mitchell McBride, Esquire
    Phelps Dunbar, LLP
    100 South Ashley Drive, Suite 2000
    Tampa, FL  33602

```
 1                    P R O C E E D I N G S
 2   July 30, 2024                                    5:37 p.m.
 3                         *   *   *   *   *
 4            MR. SUAREZ:  Your Honor, may I?
 5            THE COURT:  Yes.
 6            MR. SUAREZ:  May I make some requests of the Court?
 7            THE COURT:  You may.
 8            MR. SUAREZ:  We would like for recommendations as to
 9   a designation to the Bureau of Prisons, if the Court would be
10   inclined to do so.  We would request that part of the judgment
11   be a recommendation for FCI Pensacola or FCI Montgomery as a
12   second choice.
13            THE COURT:  The Court will make that recommendation.
14            MR. SUAREZ:  Thank you, Your Honor.
15            And then two more quick requests.  Would the Court
16   consider a recommendation to RDAP if available at those
17   facilities?
18            THE COURT:  Most certainly.
19            MR. SUAREZ:  And, Your Honor, the final one is would
20   the Court permit him 90 days to report to the facility?  It
21   would -- it would help with the -- as the Court has indicated,
22   we're going to begin an appeal process, and that will allow him
23   time to work with his counsel, his appellate counsel, to do
24   that.
25            THE COURT:  I will also grant that request.
```

```
 1          MR. SUAREZ:  Thank you, Your Honor.  That's all we
 2   have.  Thank you so much.
 3          THE COURT:  Very good.
 4          Thank you.  We're adjourned.
 5          COURT SECURITY OFFICER:  All rise.
 6      (The proceedings were concluded at 5:38 p.m.)
 7                        -  -  -
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                CERTIFICATE OF OFFICIAL COURT REPORTER
 2
 3
 4   UNITED STATES DISTRICT COURT  )
 5   MIDDLE DISTRICT OF FLORIDA    )
 6
 7          I hereby certify that the foregoing transcript is a
 8   true and correct computer-aided transcription of my stenotype
 9   notes taken at the time and place indicated therein.
10
11          DATED this 6th day of August, 2024.
12
13                                  s/Shelli Kozachenko_____
                                    Shelli Kozachenko, RPR, CRR, CRC
14                                  Official Court Reporter
```