UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:22-CR-23-BJD-MCR

AARON ZAHN

_____/

## NOTICE OF APPEAL

AARON ZAHN, by and through undersigned counsel, hereby files this Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence (DE 542) entered in this action on August 1, 2024.

Dated: August 13, 2024                Respectfully Submitted,

/s/ *Paul C. Huck, Jr.*
Paul C. Huck, Jr. (FBN: 968358)
Samuel J. Salario, Jr. (FBN: 83460)
**Lawson Huck Gonzalez, PLLC**
1700 South MacDill Avenue, Suite 300
Tampa, FL 33629
850-825-4334
paul@lawsonhuckgonzalez.com
samuel@lawsonhuckgonzalez.com
michelle@lawsonhuckgonzalez.com

*Counsel for Aaron Zahn*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the CM/ECF website and served on August 13, 2024, to all counsel of record.

/s/ *Paul C. Huck, Jr.*
Attorney