UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.     Case No. 3:22-cr-23-BJD-MCR

AARON ZAHN.
_____/

**DEFENDANT AARON ZAHN'S UNOPPOSED MOTION
FOR A SPECIFIC REPORTING DATE**

Defendant Aaron Zahn respectfully moves for an Order effectuating the Court's oral pronouncement granting him 90 days (specifically, October 28, 2024) before reporting to the designated Bureau of Prisons (BOP) facility to begin his term of imprisonment. The undersigned provided counsel for the Government, Assistant U.S. Attorney Tysen Duva, with a draft copy of the motion prior to filing, and the Government stated that it takes no position as to the motion.

On July 30, 2024, the Court pronounced sentence in this matter. At Mr. Zahn's request, the Court allowed him 90 days to report to the facility designated by the BOP. The Court also agreed to recommend to the BOP that Mr. Zahn be designated to FCI Pensacola and, "as a second choice" FCI Montgomery.

On August 1, 2024, the written Judgment was filed. Consistent with the oral pronouncement, the Judgment includes a recommendation for Mr. Zahn to be incarcerated at FCI Pensacola or FCI Montgomery but does not reflect that FCI Pensacola be considered as a first choice and FCI Montgomery as a second choice.

1

Similarly, the Judgment states, "[T]he defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons <u>no later</u> than 90 days from the date of sentencing, as notified by the United States Marshal." In this regard, the judgment is inconsistent with the Court's oral pronouncement granting Mr. Zahn's request that he be given 90 days before reporting to the designated facility. (Emphasis added).

On August 12, 2024, Mr. Zahn filed a Motion to Correct Judgment (Doc. 547). Since the filing of that motion Mr. Zahn has been notified that he is to report to FPC Pensacola on September 16, 2024 (well short of the 90 days ordered by the Court but making moot the request to prioritize the recommended designations). Additionally, Mr. Zahn has been advised that the BOP's preferred mechanism for effectuating the Court's oral pronouncement granting him 90 days to report to the designated facility is for the Court to enter an Order with a specific reporting date.

As a result of the foregoing, Mr. Zahn respectfully requests that the Court enter an Order requiring him to report to FPC Pensacola on October 28, 2024.

        Respectfully submitted,

        */s/ A. Brian Albritton*
        A. Brian Albritton   |   FBN 0777773
        **PHELPS DUNBAR LLP**
        100 South Ashley Drive, Suite 2000
        Tampa, FL 33602
        Telephone: (813) 472-7557
        Facsimile: (813) 472-7570
        brian.albritton@phelps.com

      /s/ *Eddie Suarez*
Eddie Suarez   |   FBN 752540
**THE SUAREZ LAW FIRM**
1011 West Cleveland Street Tampa, FL  33606
Telephone: (813) 229-0040
Facsimile: (813) 229-0041
esuarez@suarezlawfirm.com

**Counsel for Aaron Zahn**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 14, 2024, a true copy of the foregoing has been electronically filed using the CM/ECF system which will serve all registered counsel of record via email.

      /s/ *A. Brian Albritton*
A. Brian Albritton
**Counsel for Aaron Zahn**

3