# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                  Case No. 3:22-CR-23-BJD-MCR

AARON ZAHN

_____/

## AMENDED NOTICE OF APPEAL

AARON ZAHN, by and through undersigned counsel, hereby files this Amended Notice of Appeal by which he appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence (DE 542) entered in this action on August 1, 2024, an appeal from which was timely noticed on August 13, 2024 (DE 548), and the amended final judgment and sentence (DE 551) entered in this action on August 16, 2024.

Dated: August 23, 2024                          Respectfully Submitted,

                                                        */s/ Samuel J. Salario, Jr.*
                                                        Paul C. Huck, Jr. (FBN: 968358)
                                                        Samuel J. Salario, Jr. (FBN: 83460)
                                                        **Lawson Huck Gonzalez, PLLC**
                                                        1700 South MacDill Avenue, Suite 300
                                                        Tampa, FL 33629
                                                        850-825-4334
                                                        paul@lawsonhuckgonzalez.com
                                                        samuel@lawsonhuckgonzalez.com
                                                        michelle@lawsonhuckgonzalez.com

                                                        *Counsel for Aaron Zahn*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the CM/ECF website and served on August 23, 2024, to all counsel of record.

/s/ Samuel J. Salario, Jr.
Attorney
