## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                                          CASE NO. 3:22-cr-23-BJD-MCR

AARON ZAHN

_____/

## ORDER

**THIS CAUSE** is before the Defendant Aaron Zahn's Motion to Access Video Trial Exhibits (Doc. 556) and Motion to Access the Complete Docket (Doc. 557). Defendant's appellate counsel requests access to the exhibits and the docket to assist in prosecuting Defendant's appeal before the Eleventh Circuit Court of Appeals. The Government does not oppose the request. To assist Defendant and his counsel in presenting a full and complete appeal, the Motions are due to be granted.

1. Defendant Aaron Zahn's Motion to Access Video Trial Exhibits (Doc. 556) and Motion to Access the Complete Docket (Doc. 557) are **GRANTED**.

2. The Clerk of the Court shall ensure that Defendant's appellate counsel, Paul C. Huck, Jr., and Samuel J. Salario, Jr., have full and complete access to the docket in the same manner that Defendant's trial counsel possessed, including all sealed documents.

3. The Clerk of the Court shall also provide copies of all video exhibits in this case on a CD, DVD, thumb drive, or other electronic storage device to Defendant's appellate counsel.

**DONE** and **ORDERED** in Jacksonville, Florida this 4th day of October, 2024.

_____
BRIAN J. DAVIS
United States District Judge

Copies furnished to:

Counsel of Record