UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.          Case No. 3:22-cr-00023-BJD-MCR

**AARON ZAHN,**

    **Defendant.**

_____/

**DEFENDANT AARON ZAHN'S UNOPPOSED, TIME-SENSITIVE
MOTION FOR EXTENSION OF REPORTING DATE
TO ADDRESS HURRICANE DAMAGE TO HIS FAMILY'S HOME**

    Because his family home has been substantially destroyed by Hurricanes Helene and Milton and he needs additional time to process his property insurance claims, contract for the remediation, repair, or replacement of the home, and to ensure that his three young children are adequately cared for and housed, Defendant Aaron Zahn respectfully requests that the Court render an order extending the time for him to report to the designated Bureau of Prisons ("BOP") facility to begin his term of imprisonment for a period of 91 days, from October 28, 2024 **to January 27, 2025**. Undersigned counsel has consulted with counsel for the Government and is advised that the Government does not oppose this motion. This motion is time-sensitive, and Mr. Zahn requests that the Court consider this motion on an expedited basis, because his current surrender date is 11 days from today's date.

As the Court is aware, residents of the southeastern United States have recently suffered from the disastrous effects of Hurricanes Helene and Milton. The Tampa Bay area, where Mr. Zahn and his family reside, has been particularly hard hit. As Helene passed by Tampa Bay on September 24 and 25, 2024, it brought record-breaking storm surge—over seven feet—along with it. *See* Gabriella Paul, *Early readings show the Tampa Bay region sustained record storm surge*, WUSF (Oct. 2, 2024), *available at* bit.ly/486Jshs (last accessed Oct. 15, 2024). Mr. Zahn's family home in Tampa was flooded with over three and one-half feet of water as a result. Photographs showing the damage to the Zahn residence are attached to this motion as **Exhibit A.** Mr. Zahn was in process of gutting his house to deal with the flood damage from Helene when the next storm, Milton, approached just 12 days later.

On October 9, 2024, Hurricane Milton made landfall just south of the Tampa Bay area—near Sarasota—as a Category 3 storm, bringing devastating winds to the region. *See* Emily Mae Czachor, *Hurricane Milton makes landfall as a Category 3 on Florida's west coast*, CBS NEWS (Oct. 10, 2024), available at bit.ly/4f5kelT (last accessed Oct. 15, 2024). During the storm, an oak tree on Mr. Zahn's property fell and crashed into the family home, causing substantial destruction. The falling tree smashed a corner of the home, knocking out an exterior wall and, as result, destabilizing the front and side exterior walls of the house. Photographs showing the damage are attached to this motion as **Exhibit B.**

The Zahn family must now begin the long and challenging work of processing an insurance claim, remediating the associated damage, and restoring or replacing the

family home. As the Court may know from experience, this is a difficult task. According to information provided by Mr. Zahn's insurer flood insurer, the flood claim for Hurricane Helene involves the following process:

| |
|---|
| **1. Ensure Safety and Prevent Further Damages**. Ensure the safety of all occupants by evacuating if necessary. Turn off electricity and gas supplies. Prevent further damage by covering holes in the roof, broken windows, or other damage where possible. |
| **2. Report the Claim.** Contact your insurance company to report the flood and initiate the claim. Get a claim number for reference, and confirm coverage and deductibles. |
| **3. Document the Damage.** Photograph and video record all the flood-damaged areas. Take clear photos of structural damage, damaged belongings, and appliances. Organize your property for documentation and make a note of all areas affected by the flood. Make a list of personal property damages, including item descriptions, approximate values, and receipts if available. |
| **4. List Structural Damage.** Create a detailed list of any structural damage (e.g., walls, foundation, flooring) and highlight areas to point out to your adjuster. |
| **5. Work with the Adjuster.** Schedule a meeting with your adjuster to inspect and document the damage. Be prepared to show them your documentation (photos, list of damages, and structural issues). |
| **6. "Scoping" Your Loss.** During the inspection, the adjuster will take measurements, photographs, and make notes of physical damage due to the flood. |
| **7. Prepare a Detailed Estimate.** The adjuster will create a detailed estimate of flood damages and submit it for approval. |
| **8. Starting Repairs.** Contractors should provide a room-by-room detailed cost estimate for repairs for each trade (e.g., plumbing, electrical, drywall). Ensure your contractor submits an itemized estimate to the insurance company for review. |
| **9. Review and Approval.** The insurance adjuster will review and approve all repair estimates. If necessary, they will consult with contractors to clarify details. Estimates are subject to review and approval by Allstate or the NFIP, and they may request a re-inspection of the damage to verify the report's accuracy. |
| **10. Sign the Proof of Loss.** Your adjuster will supply you with a Proof of Loss form, which you must sign and submit within 60 days from the date of loss. Failing to sign this form within the deadline could delay or invalidate the claim. Once approved, the first settlement checks will be issued by U.S. Treasury Funds. |
| **11. Request for Additional Payment (If Needed).** If you discover additional damage after the 60-day limit, you must file a new request within 60 days of the original Proof of Loss being submitted. |

| |
|---|
| **12. Final Settlement and Quality Assurance.** After receiving approval for all damages and completing necessary repairs, Allstate may conduct a follow-up phone survey or request a re-inspection to ensure all adjustments were made properly. |
| **13. Obtain Necessary Permits.** Apply for necessary building permits before commencing any reconstruction work. Ensure all permits align with local regulations, as required for reconstruction. |
| **14. Begin Reconstruction.** Once the insurance company has approved the repair estimates and released the necessary funds, reconstruction can commence. Work with licensed contractors and monitor the process closely to ensure it remains within the scope of the approved repairs. |
| **15. Final Inspection and Closing the Claim.** Once repairs and reconstruction are complete, schedule a final inspection with a qualified inspector to verify compliance with building codes. After the inspection is approved, provide any final documentation to the insurance company. Close the claim after receiving final settlement payments and resolving any outstanding issues. |

(*See* Flood Insurance Claim Information, attached as **Exhibit C**).

Mr. Zahn's flood insurer provides a general estimate that the total time to approval of the flood claim made after Helene and the commencement of reconstruction is 45 to 60 days, and the total time to claim closure is 90 to 120 days. Given the sheer number of homeowners affected by the two recent storms, however, it can reasonably be expected that the process will take longer than that. *See* William Rabb, *Milton's 123,000 Claims So Far to Mean New Pressure on Reinsurance, Rate Hikes*, INSURANCE JOURNAL (Oct. 15, 2024), *available at* bit.ly/4f529nQ (last accessed Oct. 15, 2024) (stating that property insurance claims from Milton alone have "topped more than 123,000 by Sunday, with some $1.5 billion in estimated insured losses").

The claims information—including timelines—for the damage caused by Hurricane Milton is not yet known. But given the severity of the damage, and a likely need for reconstruction of the home in full, it can be expected to be many months, if not over a year. Simply put, the process of preparing, documenting, and processing an

4

insurance claim and contracting for remediation, repair, or reconstruction will be time-consuming demand someone's full attention.

Mr. Zahn is the only member of his family reasonably capable of getting this process substantially completed; he has tirelessly devoted himself to this process since the first storm. Mr. Zahn's wife is an emergency-room physician who works night shifts. Under the best of circumstances, her professional responsibilities are exceedingly demanding, requiring her to frequently make life saving decisions. To further complicate the challenges she faces, her father (Judge Ennis, who spoke at sentencing) recently had emergency open-heart surgery. Mr. Zahn's three children—ages five, eight, and 11—obviously are not able to assist. Mr. Zahn's current BOP reporting date of October 28, 2024, will not provide the Zahn family the minimal time necessary to advance the necessary work of responding to the damage caused by the two back-to-back natural disasters that were not only unexpected but have resulted in extraordinary devastation to the Zahn family home. For these reasons, Mr. Zahn respectfully requests that the Court extend his reporting date by 91 days, up to and including January 27, 2024.[1] Although this extension will not allow Mr. Zahn to completely manage the effects of Hurricanes Helene and Milton—and particular, to be able to manage reconstruction through to conclusion—it will provide time for Mr. Zahn to substantially complete the insurance claims process and stabilize his home and three young children.

---

[1] Mr. Zahn proposes 91 days because 90 days ends on a Sunday (January 26, 2025).

5

Accordingly, Mr. Zahn respectfully requests that the Court render an order extending his reporting date by 91 days, up to and including January 27, 2024.

Dated:  October 17, 2024            Respectfully submitted:

    /s/   A. Brian Albritton
A.  Brian Albritton, Florida Bar No. 077773
Raquel R. Jefferson, Florida Bar No. 103758
**PHELPS DUNBAR LLP**
100 South Ashley Drive, Suite 2000
Tampa, Florida 33602-5315
Phone:  813-472-7557; Fax:  813-472-7570
E-mail:  brian.albritton@phelps.com;
raquel.jefferson@phelps.com

Eduardo A. Suarez, Florida Bar No. 752540
THE SUAREZ LAW FIRM
1011 W Cleveland Street
Tampa, Florida 33606-1913
Phone: 813- 229-0040
esuarez@suarezlawfirm.com

**COUNSEL FOR DEFENDANT AARON ZAHN**

## CERTIFICATE OF SERVICE

We hereby certify that on October 17, 2024, we electronically filed the foregoing using the Court's CM/ECF system, thereby serving all registered users in this case.

    /s/   A. Brian Albritton
A.  Brian Albritton