# EXHIBIT A

## **Exhibit A - Hurricane Helene Damage**









