**EXHIBIT B**

## Exhibit B - Hurricane Milton Damage



