# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 3:22-cr-23-BJD-MCR

AARON ZAHN

_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant Aaron Zahn's Unopposed, Time-Sensitive Motion for Extension of Reporting Date to Address Hurricane Damage to His Family's Home (Doc. 564). Defendant is currently scheduled to report to the Bureau of Prisons to start his term of imprisonment on October 28, 2024. Since Defendant received his report date, two major hurricanes have caused significant damage to Defendant's home, which he shares with his children and wife. The damage to Defendant's home is apparent from the pictures attached to Defendant's Motion. The Government has not called into question Defendant's essential role in ensuring that the home is repaired and that the insurance claims are processed. In light of the unforeseeable and severe effects hurricanes Helen and Milton caused to Defendant's family home, the Court will grant Defendant's request for an extended report date.

Accordingly, after due consideration, it is

**ORDERED:**

1. Defendant Aaron Zahn's Unopposed, Time-Sensitive Motion for Extension of Reporting Date to Address Hurricane Damage to His Family's Home (Doc. 564) is **GRANTED**.

2. The report date of October 28, 2024 listed in the Court's Amended Judgment (Doc. 551) is extended such that **Defendant shall surrender for service of his sentence at an institution designated by the Bureau of Prisons on January 27, 2025**, or **on a later date as determined by the Bureau of Prisons and as notified by the United States Marshal.**

**DONE** and **ORDERED** in Jacksonville, Florida this __23rd__ day of October, 2024.

BRIAN J. DAVIS
United States District Judge

Copies furnished to:

Counsel of Record