UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No.: 3:22-cr-23-BJD-MCR

AARON ZAHN,

    Defendant.
_____/

## NOTICE OF APPEARANCE

    Please take notice that Bryan S. Gowdy of Creed & Gowdy, P.A., enters his appearance as additional counsel for Defendant, Aaron Zahn, for the purpose of responding to the Government's Notice of Potential Conflict as to Appellate Counsel for Defendant Aaron Zahn (Doc. 563). Mr. Gowdy requests that he be served with all further papers.

                                                                              CREED & GOWDY, P.A.

                                                                              /s/ *Bryan S. Gowdy*
                                                                              **Bryan S. Gowdy**
                                                                              Florida Bar No. 176631
                                                                              bgowdy@appellate-firm.com
                                                                              filings@appellate-firm.com
                                                                              865 May Street
                                                                              Jacksonville, Florida 32204
                                                                              Telephone: (904) 350-0075
                                                                              *Co-Counsel for Defendant*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on October 23, 2024, a true and correct copy of the foregoing has been filed through the Court's CM/ECF case management system, which will serve a notice of electronic filing to all counsel of record.

                                              /s/Bryan S. Gowdy  
                                                    Attorney