UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No.: 3:22-cr-23-BJD-MCR

AARON ZAHN,

    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO RESPOND TO THE GOVERNMENT'S NOTICE OF POTENTIAL CONFLICT AS TO APPELLATE COUNSEL FOR DEFENDANT AARON ZAHN

Defendant, Aaron Zahn, moves for leave to file a response to the Government's Notice of Potential Conflict as to Appellate Counsel for Defendant Aaron Zahn, filed October 11, 2024. (Doc. 563). The local rules do not clearly prescribe a procedure for responding to such a notice. Accordingly, Defendant requests that the Court grant Defendant leave to file a response to the notice, in compliance with Local Rule 3.01(b), by November 4, 2024. Counsel for Defendant has conferred with counsel for the Government and is authorized to represent that the Government does not object to this motion.

                                                                        CREED & GOWDY, P.A.

/s/ *Bryan S. Gowdy*
**Bryan S. Gowdy**
Florida Bar No. 176631
bgowdy@appellate-firm.com
filings@appellate-firm.com
865 May Street
Jacksonville, Florida 32204
Telephone: (904) 350-0075
*Co-Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on October 25, 2024, a true and correct copy of the foregoing has been filed through the Court's CM/ECF case management system, which will serve a notice of electronic filing to all counsel of record.

                                                                  */s/*Bryan S. Gowdy
                                                                      Attorney