# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                            CASE NO. 3:22-cr-23-BJD-MCR

AARON ZAHN
_____/

# ORDER

**THIS CAUSE** is before the Court on the Final Motion for a copy of Unredacted and Sealed Documents (Doc. 580).

Accordingly, it is **ORDERED:**

1. The United States of America Final Motion for copy of Unredacted and Sealed Documents (Doc. 580) is **GRANTED in part and DENIED in part**.

2. The Clerk of Court shall provide Christina Licardi with the unredacted copies of the following documents, as requested by the United States Attorney's office.

   - Documents 37, 38, 41, 103, 110, 111, 124, 125, 163, 184, 188, 190, 252, 287, 295, 310, 334, 358, 360, 416, 431, 459 and 469.

3. The request for copies of the following documents 276, 277, 278, 279, 280, 281, 282, 283, 284, 285, 286, 385, and 392 is **DENIED** because these transcripts have already been provided to the United States Attorney's Office appellant counsel David Pardo.

4. The Official Court reporter is directed to provide David Pardo with unredacted transcripts of documents: 519, 521, and 525.

5. The request for document 534 is **DENIED** as this is a court-only filing and is not available for distribution.

**DONE** and **ORDERED** in Jacksonville, Florida this __*10th*__ day of April 2025.

BRIAN J. DAVIS
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties